Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys-at-Law
A Law Corporation

ROY T. OGAWA          1821-0
RICHARD A. ING        5812-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
Telephone: 533-3999

Attorneys for Plaintiff
UNITED STATES OF AMERICA
for the use and benefit of
WINDOW TECHNOLOGIES, INC.

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of WINDOW TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASH PAINTING, INC., AMWEST SURETY INSURANCE COMPANY and JOHN PHELPS, <br><br> Defendants. | CIVIL CASE NO. CIV99-0105 <br><br> **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

### CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, ___MARY L.M. MORAN___, Clerk of the District Court of Guam certify that the attached Default Judgment is a true and correct copy of the original judgment entered in this action on June 13, 2005, as it appears in the records of this court, and that no notice of appeal has

been filed in this matter, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on AUGUST 9, 2005.

**MARY L.M. MORAN**
CLERK, DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Plaintiff Window Technologies, Inc.

FILED
DISTRICT COURT OF GUAM

JUN 13 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of WINDOW TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASH PAINTING, INC., AMWEST SURETY INSURANCE COMPANY and JOHN PHELPS <br><br> Defendants. | CIVIL CASE NO. CIV99-00105 <br><br> [PROPOSED] DEFAULT JUDGMENT <br> (Fed. R. Civ. P. 55(b)(2)) |

On June 13, 2005, the court [considered or heard] Plaintiff Window Technologies, Inc.'s (WTI) motion for entry of default judgment against Defendants Ash Painting, Inc. and John Phelps (Defendants) under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the motion, the papers on file in this action, and the authorities cited, the Court finds as follows:

1) Defendants' default was entered on April 22, 2005.

2) Both Defendants had their answers stricken in this action, but having previously appeared, were given notice more than three days before any hearing on this motion, as required by Rule 55(b)(2) of the Federal Rules of Civil Procedure.

3) The First Amended Complaint in this action sets out a valid claim for breach of contract. By virtue of the default, Defendants may not challenge any of the factual allegations supporting that claim.

4) WTI has established that Defendants are liable to WTI for damages in the amount of $761,630.81 as of October 31, 1999, together with pre-judgment contract interest of $1,334,582.03, costs of $15,593.97 and reasonable attorney's fees of $93,270.20 ($108,864.17), for a total of $2,205,077.01.

5) Defendants are neither minors, incompetent persons, nor current members of the military service.

THEREFORE, IT IS ORDERED that:

1) Default judgment be entered against Defendants as follows: damages in the amount of $761,630.81 as of October 31, 1999, together with pre-judgment contract interest of $1,334,582.03, costs of $15,593.97 and reasonable attorney's fees of $93,270.20 ($108,864.17) for a total of $2,205,077.01.

2) This judgment shall bear post-judgment interest at the judgment rate from the date of entry until paid.

3) All relief not expressly granted is denied.

Dated: June 13, 2005

DESIGNATED DISTRICT JUDGE
A. S. Martinez

F:\Documents\1\05 Civil\W128.02 Window Technologies - Amwest\Motion for Default Judgment-Default Judgment.doc

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam,
Territory of Guam
By: _____ Deputy Clerk

Notice is hereby given that this document was entered on the docket on JUN 1 3 2005. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: /s/ Shimizu  JUN 1 3 2005
Deputy Clerk    Date

RECEIVED
MAY 27 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:99-cv-00105   Document 194   Filed 08/09/2005   Page 4 of 4